```
                                    FILED        LODGED
                                    RECEIVED     COPY

                                      MAY 2 5 2018

                                  CLERK U S DISTRICT COURT
                                    DISTRICT OF ARIZONA
                                  BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Ferreira, et al., | No. CV-15-01845-PHX-JAT |
| Plaintiffs, | **JURY VERDICT FORM** |
| v. | **(FORM 1 OF 3)** |
| Paul Penzone, et al., | |
| Defendants. | |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do hereby:

As to Plaintiff the Estate of Zachary Daughtry's Fourteenth Amendment due process claim,

**Find in favor of:**

\_\_\_  **the Estate of Zachary Daughtry**

OR

_X_  **Maricopa County.**

[If you find in favor of the Estate of Zachary Daughtry on this claim, please continue to page two and answer the first question on that page. Otherwise, please sign and date the form on page two. Then proceed to pages three through six.]

**We, the jury, award the Estate of Zachary Daughtry:**

Compensatory or Nominal Damages in the amount of: $_____.

[Please sign and date the form on this page. Then proceed to pages three through six.]

Dated: 5/25/18                                Foreperson: #7_____.
                                              (number)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Ferreira, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>　　　　　Defendants. | No. CV-15-01845-PHX-JAT<br><br>**JURY VERDICT FORM**<br>**(FORM 2 OF 3)** |

　　　　We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do hereby:

　　　　As to Plaintiff Shari Ferreira's Fourteenth Amendment familial association claim,

**Find in favor of:**

　　　　___　**Shari Ferreira** (only if you found in favor of the Estate of Zachary Daughtry on its Fourteenth Amendment due process claim)

　　　　**OR**

　　　　✗　**Maricopa County.**

[If you find in favor of the Shari Ferreira on this claim, please continue to page four and answer the first question on that page. Otherwise, please sign and date the form on page four. Then proceed to pages five through six.]

**We, the jury, award Shari Ferreira:**

Compensatory or Nominal Damages in the amount of: $_____.

[Please sign and date the form on this page. Then proceed to pages five through six.]

Dated: __5/25/18__            Foreperson: __#7_____.
                              (number)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shari Ferreira, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>        Defendants. | No. CV-15-01845-PHX-JAT<br><br>**JURY VERDICT FORM<br>(FORM 3 OF 3)** |

We, the Jury, duly empaneled and sworn in the above-entitled action, upon our oaths, do hereby:

As to Plaintiff Shari Ferreira's gross negligence claim,

**Find in favor of:**

\_\_\_ **Shari Ferreira**

     **OR**

_X_ **Maricopa County.**

[If you find in favor of the Shari Ferreira on this claim, please continue to page six and answer the first question on that page. Otherwise, please sign and date the form on page six.]

**We, the jury, award Shari Ferreira:**

Compensatory Damages in the amount of: $_____.

[Please sign and date the form on this page.]

Dated: 5/25/18                              Foreperson: #7
                                                        (number)

- 6 -